IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

Chris Elroy Lawless,

OCT 27 2022

(Enter the full name of the plaintiff.)

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY_____,DEPUTY

v.

Case No. CIV-22-941-JD
(Court Clerk will insert case number)

(1) Jim Peek, Grady County Sheriff's Office (1)
(2) State of Oklahoma, ex rel, Jason M. Hicks, District Attorney of the (2) Sixth Prosecutorial District
(3) _____

State of Oklahoma, ex rel, Jason M. Hicks, District Attorney of the Sixth Prosecutorial District

(Enter the full name of each defendant. Attach additional sheets as necessary.)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1. You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2. You must provide a full name for each defendant and describe where that defendant resides or can be located.

3. You must send the original complaint and one copy to the Clerk of the District Court.

4. You must pay an initial fee of $402 (including a $350 filing fee and a $52 administrative fee). The complaint will not be considered filed until the Clerk receives the $402 fee or you are granted permission to proceed *in forma pauperis*.

5. If you cannot prepay the $402 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $52 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7. The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8. If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

**I.  Jurisdiction is asserted pursuant to:**

   ✓ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

   ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below: Grady County Detention Center in Chickasha, Oklahoma Attorney General

Rev. 10/20/2015

II. State whether you are a:

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

✓ Pretrial detainee

___ Immigration detainee

___ Civilly committed detainee

___ Other (please explain) _____

III. Previous Federal Civil Actions or Appeals

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

   a. Parties to previous lawsuit:

   Plaintiff(s): None

   Defendant(s): None

   b. Court and docket number: None

   c. Approximate date of filing: None

   d. Issues raised: None

   e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): None

   f. Approximate date of disposition: None

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

IV.  **Parties to Current Lawsuit**

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1. Plaintiff

    Name and any aliases: Chris Ekoy Loveless

    Address: 820 West Dakota Avenue Chickasha, OK 73018

    Inmate No.: 113-446-014  Grady County Detention Center 215 N 3rd Street Chickasha, Okla 73018

2. Defendant No. 1

    Name and official position: Jim Peck

    Sheriff Grady County, Oklahoma

    Place of employment and/or residence: Grady County Sheriff's office  Chickasha, Oklahoma

    How is this person sued? ( ) official capacity, ( ) individual capacity, (✓) both

3. Defendant No. 2

    Name and official position: Jason M. Hicks

    District Attorney, Grady County

    Place of employment and/or residence: Grady County D.A. Chickasha, Oklahoma 73018

    How is this person sued? ( ) official capacity, ( ) individual capacity, (✓) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Rev. 10/20/2015

## V. Cause of Action

### Instructions

1. *Provide a short and plain statement of each claim.*
   - Describe the facts that are the basis for your claim.
   - You can generally only sue defendants who were directly involved in harming you. Describe how each defendant violated your rights, giving dates and places.
   - Explain how you were hurt and the extent of your injuries.

2. *You are not required to cite case law.*
   - Describe the constitutional or statutory rights you believe the defendant(s) violated.
   - At this stage in the proceedings, you do not need to cite or discuss any case law.

3. *You are not required to attach exhibits.*
   - If you do attach exhibits, you should refer to the exhibits in the statement of your claim and explain why you included them.

4. *Be aware of the requirement that you exhaust prison grievance procedures **before** filing your lawsuit.*
   - If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. *See* 42 U.S.C. § 1997e(a).
   - Every claim you raise must be exhausted in the appropriate manner.

5. *Be aware of any statute of limitations.*
   - If you are suing about events that happened in the past, your case may be subject to dismissal under the statute of limitations. For example, for many civil rights claims, an action must be brought within two years from the date when the plaintiff knew or had reason to know of the injury that is the basis for the claim.

6.  *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

    - If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

<u>Claims</u>

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1.  **Claim 1:**

    (1) List the right that you believe was violated:

    4th Amendment was violated - An illegal search warrant was gathered and used to obtain entry into my residence. Warrant was executed at 1:06AM outside the law limits of 6:00am - 10:00pm. Police had no probable cause to obtain a warrant.

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

    Jim Peek - Sheriff - Grady County

    Jason M. Hicks - District Attorney Grady - County D.A.

(3) List the supporting facts:

Illegally executed a search warrant
Illegally obtained a search warrant
Sheriff's Confidential Informant (CI)
Robbed & looted Plantiffs house and
stole & sold belongings of Plantiff.

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

False Imprisonment - $1,000,000.00 dollars
Violation of 4th Amendment - $1,000,000.00 dollars
destruction of property & cause of personal
loss to property $100,000.00 dollars

2. **Claim II:**

(1) List the right that you believe was violated:

_____
_____
_____
_____

(2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

_____
_____
_____
_____

(3) List the supporting facts:

ILLEGAL SEArcH WArrant
No-Evidence I Sell drugs I don't

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

I wish the Court to help me get the lawsuits Started And protect my rights. My rights have been violated. Have been charged for crimes Drug CRIMES I have Nothing to do with

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_____          Oct 25th, 2022
Plaintiff's signature                                    Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _____ day of _____, 20___.

_____          Oct 25th, 2022
Plaintiff's signature                                    Date

Rev. 10/20/2015